UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael D. Rix

v.                                          Civil No. 05-cv-354-JD

Strafford County Dept. of Corrections,
Superintendent, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 21, 2006.

SO ORDERED.

February 28, 2006

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

cc:   Michael Rix, pro se