UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael D. Rix</u>

      v.        05-cv-354-JD

<u>Strafford County Department of Corrections, et al</u>

ORDER ON NONCONFORMING DOCUMENT
IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: # 28, Objection/Motion for Hearing, filed by Plaintiff

DATE:   4/26/06

  The document above fails to comply with:

| | |
|---|---|
| LR 7.1(a)(1) | Motions, other than those submitted during trial, shall be considered only if submitted separately from other filings and only if the word ''motion'' appears in the title.  Treated this document as an objection to the report and recommendation.  Should you wish to file a motion it must be filed separately. |

  The document will remain on file.  Unless a document curing the defect is filed by 5/8/06, the original document will be stricken and returned to the filer.  Any associated documents will also be returned.  The document curing the defect shall be filed in ECF under "Other Documents" by selecting "Cure on Nonconforming Document."

  SO ORDERED.


April 27, 2006           /s/James R. Muirhead
                James R. Muirhead   .
                Unite States Magistrate Judge


cc:  Michael Rix, pro se
   Corey Belobrow, Esq.
   Kenneth Bartholomew, Esq.