UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Michael D. Rix</u>

        v.                     Civil No. 05-cv-354-JD

<u>Strafford County Department of Corrections,</u>
<u>Superintendent, et al.</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 24, 2006.

    SO ORDERED.

May 18, 2006                        <u>/s/ Joseph A. DiClerico, Jr.</u>
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

cc:    Michael D. Rix, pro se
       Corey Belobrow, Esq.